IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD SOUTNER & JANELLE SOUTNER, | : : | |
| Plaintiffs | : | No. 1:17-cv-02178 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COVIDIEN, LP, | : | |
| Defendant | : | |

# ORDER

**AND NOW**, on this 26th day of October 2018, upon consideration of Defendant's motion to dismiss (Doc. No. 12), **IT IS ORDERED THAT** Defendant's motion to dismiss (Doc. No. 12) is **DENIED** without prejudice. **IT IS FURTHER ORDERED THAT** Plaintiffs shall file a second amended complaint, in accordance with the Memorandum entered concurrently with this Order, within thirty (30) days of the date of this Order. See L.R. 15.1(a).

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
