IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RONALD SOUTNER & JANELLE SOUTNER, | : | |
| Plaintiffs | : | No. 1:17-cv-02178 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| COVIDIEN, LP, | : | |
| Defendant | : | |

## ORDER

**AND NOW**, on this 13th day of August 2019, upon consideration of Defendant's motion to dismiss (Doc. No. 25), **IT IS ORDERED THAT** Defendant's motion to dismiss (Doc. No. 25) is **GRANTED**. **IT IS FURTHER ORDERED THAT** Plaintiff's second amended complaint (Doc. No. 24) is **DISMISSED WITH PREJUDICE**, and Defendant's request for oral argument (Doc. No. 38) is **DENIED AS MOOT**. The Clerk is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania